IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 136

| | |
|---|---|
| **ANGELA L. THOMAS,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ROBERT WILKIE,** Acting Secretary, United States Department of Veterans Affairs, | ) |
| **Defendant.** | ) |

This matter is before the Court on Plaintiff's Motion to Strike Defendant's Answer and Affirmative Defenses (Doc. 33).

A supporting brief has not been submitted in support of the Motion as required by this district's local rules. LCvR 7.1(c).

Further, Plaintiff has chosen to opt in to the Pro Se Settlement Assistance Program (Doc. 32), and the required mediated settlement conference has not yet taken place.

Accordingly, Plaintiff's Motion to Strike Defendant's Answer and Affirmative Defenses (Doc. 33) is **DENIED WITHOUT PREJUDICE.**

Signed: April 23, 2019

W. Carleton Metcalf
United States Magistrate Judge